IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Paddock Pool Equipment Company, Inc. d/b/a Refinite Water Conditioning, Ltd., | : |
| Plaintiff | : CIVIL ACTION |
| v. | : NO. 05-2679 (MLC) |
| Nelsen Corporation and Clack Corporation, | : ORDER |
| Defendants | : |

AND NOW, on this 27th day of Oct., 2005, upon consideration of Plaintiff's Response to Defendant Clack Corporation's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue to Wisconsin, it is hereby ORDERED that Clack Corporation's Motion is DENIED in its entirety, for the reasons stated on the record.

_____
MARY L. COOPER, U.S.D.J.

MAG/8498/3/702310_1